UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-51447 |
| | : | |
| Samantha Smith, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | JUDGE PAUL M. BAISIER |
| _____ | : | |
| Samantha Smith, | : | |
| | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| LVNV Funding, LLC, | : | |
| | : | |
| Respondent, | : | |
| _____ | : | |

**OBJECTION TO CLAIM OF LVNV FUNDING, LLC, CLAIM NO. 6**

COMES NOW Debtor and hereby objects to the claim filed by LVNV Funding, LLC ("Claimant"). Debtor shows this Honorable Court the following:

1.

On 2/11/2025, Debtor filed a Voluntary Petition for relief in Bankruptcy under Title 11, Chapter 13 of the United States Code.

2.

Claimant filed a unsecured claim, Claim No. 6 in the principal amount of $495.46. Debtor has not made a payment on the debt that is the subject of Claim No. 6 for more than four years. Under Georgia Law, any action on the contract is barred by the statute of limitations, O.C.G.A. Sec. 9-3-25. Claimant's claim should no longer be funded through this Chapter 13 Plan.

WHEREFORE, Debtor respectfully requests that Claim No. 6 of Claimant be disallowed.

KING & KING LAW LLC


_____/s/\_\_
Seth A. Evans, Attorney for Debtor
GA Bar No. 966458
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-51447 |
| | : | |
| Samantha Smith, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | JUDGE PAUL M. BAISIER |
| _____ | : | |
| | : | |
| Samantha Smith, | : | |
| | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| LVNV Funding, LLC, | : | |
| | : | |
| Respondent, | : | |
| _____ | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF LVNV FUNDING, LLC, CLAIM NO. 6; OF DEADLINE FOR FILING RESPONSE; and OF HEARING**

**PLEASE TAKE NOTICE** that Samantha Smith has filed an Objection to Claim of LVNV Funding, LLC, Claim No. 6 and related papers with the Court seeking an order disallowing this claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection to Claimat at **10:15 am** on **February 19, 2026** in Courtroom **1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303**, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing.The address of the Clerk's Office is: **Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303**. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: Friday, January 16, 2026                __/s/_____
                                                Seth A. Evans, Attorney for Debtor
                                                GA Bar No. 966458
                                                215 Pryor Street
                                                Atlanta, GA 30303
                                                404-524-6400
                                                notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-51447 |
| | : | |
| Samantha Smith, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | JUDGE PAUL M. BAISIER |
| _____ | : | |
| | : | |
| Samantha Smith, | : | |
| | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| LVNV Funding, LLC, | : | |
| | : | |
| Respondent, | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on Friday, January 16, 2026, I electronically filed the foregoing Objection to Claim using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey, Chapter 13 Trustee

      I further certify that on this day I caused a copy of this document to be served via U.S. first class mail on the following parties at the address shown for each.

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

RESURGENT CAPITAL SERVICES L.P.
c/o Corporation Service Company, Reg. Ag.
2 SUN COURT
SUITE 400
PEACHTREE CORNERS, GA 30092

*Service list continued on the following page*

Samantha Smith
P.O. Box 2
Redan, GA 30074

   /s/_____
Seth A. Evans, Attorney for Debtor
GA Bar No. 966458
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com